IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| TERRY W. EMMERT, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180224G |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL**[1] |

Plaintiff filed a Motion to Dismiss, which was unopposed by Defendant. The parties had been disputing whether Defendant would be allowed to enter the subject property for the purpose of obtaining valuation evidence. Relying on *Poddar v. Department of Revenue*, 328 Or 552, 983 P2d 527 (1999), the court issued its Order Compelling Inspection and its Order Regarding Protective Order and Site Inspection, incorporated herein. Plaintiff's Motion to Dismiss stated that he preferred paying the property tax assessment over "giving up his rights under the Fourth Amendment" by allowing Defendant's employees to enter and photograph his home. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered November 8, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ____ day of November, 2018.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Poul F. Lundgren and entered on November 27, 2018.*